## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 22-81929-CV-MIDDLEBROOKS

NELSON FERNANDEZ,

     Plaintiff,

v.

BUILD-A-BEAR WORKSHOP,
INC., a foreign for-profit
corporation,

     Defendant.

_____/

### ORDER CLOSING CASE

THIS CAUSE comes before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice, filed on January 31, 2023.  (DE 10).[1]  The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action.  Accordingly, it is hereby

**ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT.**

SIGNED in Chambers in West Palm Beach, Florida, this 3 day of February, 2023.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

---

[1] While the Notice is styled like a voluntary dismissal, it is signed by counsel for both Parties and cites to Fed. R. Civ. P. 41(a)(1)(A)(ii)'s Joint Stipulation provision.  Accordingly, I will construe it as a Joint Stipulation of Dismissal with Prejudice.